**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| EDGAR GOODWIN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:23-cv-1 |
| v. | ) | |
| | ) | Judge Atchley |
| JIM HAMMOND, *et al.*, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendants*. | ) | |

## <u>JUDGMENT ORDER</u>

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**


ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court